AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DANNY AVILA *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 0:19-CV-60642-BB |
| GTR MOTORS, INC. *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  GTR MOTORS, INC.
GUSEV, IGOR, Registered Agent
1221 Hayes St.
Hollywood, FL 33019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   F. SCOTT FISTEL, ESQ.
FISTEL LAW GROUP, P.A.
1451 W. CYPRESS CREEK RD. SUITE 300
FT. LAUDERDALE, FL 33308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Mar 27, 2019



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts