# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-60642-BLOOM/Valle

DANNY AVILA,

     Plaintiff,

v.

GTR MOTORS, INC.,

     Defendant.

_____/

### ORDER TO FILE PROOF OF SERVICE

**THIS CAUSE** is before the Court upon *sua sponte* review of the record.  Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint.[1]  Plaintiff filed this action on March 11, 2019, *see* ECF No. [1], generating a **June 10, 2019**, service deadline.  A summons has been issued as to Defendant, *see* ECF No. [8], but service has not been perfected.  Accordingly, it is **ORDERED AND ADJUDGED** that, within **seven (7) days** of perfecting service upon Defendant, Plaintiff shall file proof of such service with the Court.  Failure to effectuate service of a summons and the complaint on Defendant by the stated deadline will result in dismissal without prejudice and without further notice.

---

[1] The 90-day timeframe does not apply to service of process upon parties in a foreign country.  *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).").

Case No. 19-cv-60642-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 12, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record