## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:19-CV-60642-BB

Plaintiff:
**DANNY AVILA**

vs.

Defendant:
**GTR MOTORS, INC**

For:
F. Scott Fistel, Esq
Fistel Law Group, P.A.
1451 W. Cypress Creek. Rd.
Suite 300
Ft. Lauderdale, FL 33309

Received by 24 HOUR PROCESS on the 27th day of March, 2019 at 7:42 pm to be served on **GTR MOTORS, INC. c/o GUSEV, IGOR, Registered Agent, 1221 Hayes St., Hollywood, Palm Beach County, FL 33019.**

I, ARTHUR RAZOR, being duly sworn, depose and say that on the **9th day of April, 2019** at **11:54 am, I:**

served a **CORPORATION** by delivering a true copy of the **CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT FOR DAMAGES, LETTER TO DEFENDANT, ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES, and EXHIBITS** with the date and hour of service endorsed thereon by me, to: **MARINA GUSEV** as **EMPLOYLEE IN CHARGE** for **GTR MOTORS, INC.**, at the address of: **720 NORTH ROAD 7, PLANTATION, Palm Beach County, FL 33019**, and informed said person of the contents therein, in compliance with state statutes.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 39, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 175, Hair: Dark Blonde, Glasses: Y



## AFFIDAVIT OF SERVICE For 0:19-CV-60642-BB

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

**ARTHUR RAZOR**
SPS#1146

**24 HOUR PROCESS**
**3676 Collin Drive**
**Suite 1**
**West Palm Beach, FL 33406**
**(561) 705-2378**

Subscribed and Sworn to before me on the 10th day of April, 2019 by the affiant who is personally known to me

NOTARY PUBLIC

CHRIS YEOMAN
MY COMMISSION # FF 931116
EXPIRES: November 27, 2019
Bonded Thru Budget Notary Services

Our Job Serial Number: JEG-2019000374
Ref: GTR MOTORS, INC

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n