UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60642-BLOOM/Valle

DANNY AVILA,

    Plaintiff,

v.

GTR MOTORS, INC.,

    Defendant.

_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on March 11, 2019, ECF No. [1]. A summons was issued as to Defendant GTR Motors, Inc. ("Defendant") on March 27, 2019. ECF No. [8]. Service of the summons and Complaint was executed on Defendant on April 9, 2019, setting a response deadline of April 30, 2019. ECF No. [10]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is therefore **ORDERED AND ADJUDGED** that

    1.    Defendant must file its response to Plaintiff's Complaint by or before **June 4, 2019**.

    2.    If Defendant fails to file any response to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **June 11, 2019**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file for the Motion for

Case No. 19-cv-60642-BLOOM/Valle

Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to the Defendant.

3. The Plaintiff is directed to serve a copy of this Order upon Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 28, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

GTR Motors, Inc.
Igor Gusev, Registered Agent
1221 Hayes St.
Hollywood, FL 33019