UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19cv60642

**DANNY AVILA,**

    **Plaintiff,**

vs.

**GTR MOTORS, INC.,**

**A Florida for Profit Corporation**

    **Defendant**

_____/

## CERTIFICATE OF SERVICE OF ORDER

Plaintiff, by and through its undersigned counsel, hereby gives notice of serving the attached copy of ORDER OF DEFAULT PROCEDURES upon the parties listed on the attached service list.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2019, I electronically filed the foregoing with the Clerk of Court using the Florida Courts e-filing Portal ("Portal") and caused it to be served via that Portal by electronic mail to: Marina Gusev, of GTR MOTORS, INC to: officegtrmotors@gmail.com and mailing address: 720 N State RD. 7, Plantation, FL, 33317

                                             **FISTEL LAW GROUP, P.A.**
                                             *Attorney for Plaintiff*(s)
                                             1451 W. Cypress Creek Rd., Suite 300
                                             Ft. Lauderdale, FL 33309
                                             Tel:  (954) 522-1212, Fax: (954) 522-1249
                                             pleadings@fistel.com
                                             By: s/ *F. Scott Fistel*
                                                F. Scott Fistel, Esq.
                                               FL Bar No.: 817554

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60642-BLOOM/Valle

DANNY AVILA,

    Plaintiff,

v.

GTR MOTORS, INC.,

    Defendant.
_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on March 11, 2019, ECF No. [1]. A summons was issued as to Defendant GTR Motors, Inc. ("Defendant") on March 27, 2019. ECF No. [8]. Service of the summons and Complaint was executed on Defendant on April 9, 2019, setting a response deadline of April 30, 2019. ECF No. [10]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is therefore **ORDERED AND ADJUDGED** that

1. Defendant must file its response to Plaintiff's Complaint by or before **June 4, 2019**.

2. If Defendant fails to file any response to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **June 11, 2019**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file for the Motion for

Case No. 19-cv-60642-BLOOM/Valle

Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to the Defendant.

3. The Plaintiff is directed to serve a copy of this Order upon Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 28, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

GTR Motors, Inc.
Igor Gusev, Registered Agent
1221 Hayes St.
Hollywood, FL 33019