UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60642-BLOOM/Valle

DANNY AVILA,

    Plaintiff,

v.

GTR MOTORS, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff Danny Avila's Motion to Strike Response to Complaint and for Entry of Clerk's Default, ECF No. **[16]** (the "Motion). On June 3, 2019, Defendant GTR Motors, Inc.'s Response to the Complaint was filed by Igor Gusev. ECF No. **[13]**. Because Defendant is a corporation, it is an "artificial entity that can act only through agents[,] cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citations omitted); *see also United States v. Hagerman*, 549 F.3d 536, 537 (7th Cir. 2008) ("[A] limited liability company . . . , like a corporation, cannot litigate in a federal court unless it is represented by a lawyer." (citations omitted)). No representation has been made that Igor Gusev is an attorney serving as Defendant's counsel who may appear before the Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion, **ECF No. [16]**, is **GRANTED in part and DENIED in part**.

2. Defendant's Response to the Complaint, **ECF No. [13]**, is **STRICKEN**.

3. Defendant shall have until **June 27, 2019** to retain counsel, who, by such date, must

Case No. 19-cv-60642-BLOOM/Valle

file a notice of appearance and submit Defendant's response to Plaintiff's Complaint or show cause why default should not be entered.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 20, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

GTR Motors, Inc.
Igor Gusev, Registered Agent
1221 Hayes St.
Hollywood, FL 33019