UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60642-BB

DANNY AVILA,

    Plaintiff,

v.

GTR MOTORS, INC.,

    Defendant.
_____/

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that Eric A. Jacobs and Steven M. Liberty, Esq., of the law firm of Nexterra Law, hereby files his appearance as counsel of record on behalf of Defendant, GTR MOTORS, INC., and requests that all correspondence, notices, pleadings, motions and other papers be served on the undersigned.

The undersigned designates the following e-mail addresses for the purpose of service of all documents required to be served in this proceeding:

    Primary e-mail:    sliberty@nexterralaw.com
    Secondary email:    service@nexterralaw.com

I HEREBY CERTIFY that on this 26th day of June 2019, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the forgoing document is being served this day on Nardo Dorsin, Esq., nardo@dorsinlaw.com, and F. Scott Fistel, Esq., scott@fistel.com, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                                                NEXTERRA LAW
                                                1691 Michigan Ave., Suite 360
                                                Miami Beach, FL 33139
                                                Tel: (954) 929-0679
                                                Fax: (888) 632-4944
                                                sliberty@nexterralaw.com
                                                service@nexterralaw.com

By:     <u>/s/ Eric A. Jacobs</u>
           Eric A. Jacobs, Esq.
           Fla. Bar No.: 189065
           Steven M. Liberty, Esq.
           Fla. Bar No.: 110754